UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA R. SEALS,<br><br>                              Plaintiff,<br><br>       -against-<br><br>TEXAS CHILD SUPPORT - TISREAH RUSSHIA CRUMP - JOSHIA DOE, The Con Stella; et al.,<br><br>                              Defendants. | 24cv7414 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the October 4, 2024, order, this action is dismissed. The Court has dismissed this action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in Seals, ECF 1:14-CV-6080, 7.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 7, 2024
          New York, New York

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                             Chief United States District Judge